MAX PHILLIPS, Respondent, v. WEST ROCKAWAY LAND COMPANY and BELLE HARBOR-EDGEMERE REALTY COMPANY, INC., Appellants.— Motion denied, without prejudice to an application at Special Term for an

# 934    CASES REPORTED WITH BRIEF SYLLABI.

order canceling the *lis pendens* when the time to appeal from the judgment of the Appellate Division has expired. Present — Thomas, Stapleton, Mills, Putnam and Blackmar, JJ.